Œ. E. BRUNER *vs.* THE PLANTERS BANK.

The plaintiff in error filed his bill in the chancery court for an injunction, and a new trial of a judgment rendered against him at law as one of the firm of Gilmore & Co., on a note executed by the firm, alleging that he was not one of the firm, and did not execute the note. A plea was filed in the circuit court for all the defendants, and which was afterwards withdrawn and judgment by default rendered. *Held,* that there is no showing of a sufficient excuse on the part of defendant for not defending at law, and it is too late to seek relief in equity for a wrong produced by his own negligence.

ON appeal from the superior court of chancery; Hon. Stephen Cocke, chancellor.

The opinion of the court contains a sufficient statement of the facts of the case.

*D. W. Adams,* for appellant.

*A. Paxton,* on the same side.

*A. Burwell,* for appellee.

*Per curiam.* The plaintiff in error filed his bill for an injunction and a new trial of a judgment at law, rendered against him in the circuit court of Warren county, as a member of the firm of J. Gilmore & Co., on a note executed by the firm, upon the allegation that he was not a member of that firm, and did not execute the note. The pleadings show, that he was regularly served in person, with process in the action at law; that a plea was filed for all the parties to the suit, which was withdrawn and a judgment by default rendered. Neither the bill or proof exhibits any sufficient excuse on the part of complainant for not defending at law; and as he had his day in court and might have defended, it is too late to seek relief in equity, for a wrong produced by his own negligence.

Decree affirmed.